# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 2, 2026

## <u>LETTER ORDER</u>

**Re:** **<u>Coffey v. Equifax Information Services, LLC</u>**
**Civil Action No. 25-1814 (ES)**

Dear Counsel:

The telephone conference scheduled in this matter for **<u>June 9, 2026 at 11:30 AM</u>** will instead be

held at **<u>12:30 PM</u>**.

**IT IS SO ORDERED.**

      <u>s/ James B. Clark, III</u>
**JAMES B. CLARK, III**
**United States Magistrate Judge**