**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 9, 2026

**LETTER ORDER**

Re:   **Coffey v. Equifax Information Services, LLC**
      **Civil Action No. 25-1814 (ES)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1)  Fact discovery shall be completed by **July 31, 2026**.

2)  The Court will conduct a settlement conference with the parties on **August 5, 2026 at 2:00 PM**. All counsel and clients with full settlement authority shall be present, in-person at the conference. The parties may submit separate supplemental confidential *ex parte* settlement position papers not to exceed **three (3) pages** by **August 3, 2026**.  Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_orders@njd.uscourts.gov**).

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**

**United States Magistrate Judge**